IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED GRAVES,

    Petitioner,               No. CIV S 04-1279 LKK GGH P

    vs.

MIKE KNOWLES, et al.,

    Respondents.           <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 12, 2006, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

bar

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) denial of witnesses; 2) biased hearing officer; 3) denial of non-confidential reports and evidence; 4) insufficient evidence; 5) Miranda violation; 6) denial of appeal; 7) illegal SHU term; 8) inadequate investigative officer; 9) evidence tampering.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: March 10, 2006.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.