IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED GRAVES,,

    Petitioner,        No. CIV S-04-1279 LKK GGH P

    vs.

MIKE KNOWLES, et al.,

    Respondents.        ORDER

_____/

        On March 20, 2006, petitioner filed a motion for the appointment of counsel. Because this action is on appeal to the Ninth Circuit Court of Appeals, petitioner's request should be addressed to the Ninth Circuit.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to forward petitioner's March 20, 2006, motion for the appointment of counsel to the Ninth Circuit.

DATED: 3/31/06

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

gr1279.cou