1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRED GRAVES,

11          Petitioner,                          No. CIV S-04-1279 LKK GGH P

12          vs.

13   MIKE KNOWLES, et al.,

14          Respondents.              ORDER
                                  /
15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On January 12, 2006, judgment was entered.  On February

18   2, 2006, petitioner filed a notice of appeal.

19          On April 5, 2006, petitioner filed a request for transcripts.  Fed. R. App. P.

20   10(b)(1) provides that within ten days after filing the notice of appeal the appellant must order

21   from the court reporter a transcript of such parts of the proceedings not already on file.

22   Petitioner's request is untimely as it was filed more than ten days after he filed his notice of

23   appeal.  More importantly, no transcripts were prepared in this case.  Therefore, all documents

24   necessary for appeal are already on file.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's April 5, 2006, request

2 for transcripts is denied.

3 DATED: 4/18/06

/s/ Gregory G. Hollows

4

GREGORY G. HOLLOWS
5 UNITED STATES MAGISTRATE JUDGE

gr1279.tra
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2